# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

128692

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
CANYON CONSTRUCTION, INC.,
Robert P. Young, Jr.
    Plaintiff-Appellee,
Stephen J. Markman,
Justices

v

SC: 128692
COA: 259208
Oakland CC: 97-000323-CK

KAREN L. STEPHENS,
    Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the March 29, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

p1024